**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10591 |
| Plaintiff - Appellee, | D.C. No. 4:07-cr-01516-RCC |
| v. | |
| RAMIRO LOPEZ-DIAZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, Chief Judge, Presiding

Submitted October 15, 2013[**]

Before:     FISHER, GOULD, and BYBEE, Circuit Judges.

Ramiro Lopez-Diaz appeals from the district court's judgment and

challenges the revocation of supervised release and the 12-month sentence imposed

upon revocation.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

Lopez-Diaz's counsel has filed a brief stating that there are no grounds for relief,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

along with a motion to withdraw as counsel of record. We have provided Lopez-Diaz the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**